LAW OFFICES OF JOSHUA B. KONS, LLC
Joshua B. Kons (SBN. 244977)
939 West North Avenue, Suite 750
Chicago, IL 60642
Tel:(312) 757-2272
Fax: (312) 757-2273
Email: joshuakons@konslaw.com

*Attorney for Plaintiffs and for the Proposed Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| LAURA ROCKE, STEPHENIE MCGURN, AND PEGGY JOHNSON, on behalf of themselves and other individuals similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LLR, INC., a Wyoming Corporation, LULAROE, LLC, a California Limited Liability Company, MARK STIDHAM, DEANNE BRADY a/k/a DEANNE STIDHAM, and DOES 1 through 100, inclusive, <br><br> Defendants. | CIVIL CASE NO.: 5:17-CV-02414 <br><br> **CLASS ACTION** <br><br> **NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Laura Rocke, Stephenie McGurn, and

Peggy Johnson ("Plaintiffs") by and through their counsel of record, pursuant to

Central District of California Civil Local Rule (Civ. L.R.) 83-1.4, hereby provides notice that the above-entitled class action against Defendants LLR, Inc. LuLaRoe, LLC, Mark Stidham, DeAnne Brady, and DOES 1 through 100 ("Defendants") involves "a material part of the subject matter" of the following actions pending in the Central District of California:

1. *Aki Berry et al. v. LuLaRoe, LLC, et al.*, Central District of California, Case No. 5:17-cv-02176 SVW (SPx);

2. *Haskett et al. v. LuLaRoe, LLC et al.*, Central District of California, Case No. 5:17-cv-02212-GW-JC;

3. *Lemberg et al. v. LuLaRoe, LLC et al.*, Case No. 5:17-cv-02102-AB-SHK; and

4. *Patton v LuLaRoe, LLC et al.*, Central District of California, Case No. 5:17-cv-02231-JGB-SP.

This action and the putative class actions referenced above (the "Related Cases") all arise from common allegations that Defendants operated an "endless chain scheme" (commonly referred to as a pyramid scheme) in violation of California Penal Code § 327, and related statutes. Common defendants in this action and the Related Cases are LuLaRoe LLC and LLR Inc.

Accordingly, both this action and the Related Cases (i) arise from the same or a closely related transaction, happening or event; (ii) all for determination of the same or substantially related or similar questions of law and fact; or (iii) would entail substantial duplication of labor if heard by different judges.

While this action has some overlap with the Related Cases, it includes additional Defendants (Mark Stidham and DeAnne Brady), along with additional allegations of violations of the California Seller Assisted Marketing Act (Cal. Civ. Code § 1812.200 *et seq.*).

Given the interrelatedness of this action to the Related Cases, undersigned counsel files this Notice and believes a related case transfer would be appropriate. Counsel will also provide copies of this notice via email to the Plaintiffs' counsel in the Related Cases.

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                              RESPECTFULLY SUBMITTED,

Dated: December 1, 2017       By:/s/ Joshua B. Kons

LAW OFFICES OF JOSHUA B. KONS
Joshua B. Kons
939 West North Avenue, Suite 750
Chicago, IL 60642
Tel: 312-757-2272
Fax: 312-757-2273
Email: joshuakons@konslaw.com

*Attorney for Plaintiffs and the Proposed Class*

# CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have emailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: December 1, 2017                  /s/ Joshua B. Kons
                                         Joshua B. Kons